**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: BRITANNY D. JAMES
2730 LAPEY ST.
ROCKFORD, IL  61109

SSN-xxx-xx-9699

Case Number: 04-75988

Case filed on: 12/3/2004
Plan Confirmed on: 2/4/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $6,917.54          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 201 | TRIAD FINANCIAL CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | BRITANNY D. JAMES | 0.00 | 0.00 | 82.89 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 82.89 | 0.00 |
| 001 | TRIAD FINANCIAL | 4,000.00 | 4,000.00 | 4,000.00 | 1,034.34 |
| 010 | TRIAD FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 4,000.00 | 4,000.00 | 4,000.00 | 1,034.34 |
| 001 | TRIAD FINANCIAL | 1,410.87 | 0.00 | 0.00 | 0.00 |
| 002 | AMERICASH LOANS LLC | 297.43 | 0.00 | 0.00 | 0.00 |
| 003 | CASH ASAP | 288.57 | 0.00 | 0.00 | 0.00 |
| 004 | CASH BOX | 320.00 | 0.00 | 0.00 | 0.00 |
| 005 | CHECK'N GO OF ILLINOIS INC | 356.88 | 0.00 | 0.00 | 0.00 |
| 006 | CHECKS FOR CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | FIRST FEDERAL SAVINGS BANK | 298.37 | 0.00 | 0.00 | 0.00 |
| 008 | ILLINOIS TITLE LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | JOYCE BASS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | TRIAD FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | AMERICASH LOANS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 2,972.12 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 8,336.12 | 5,364.00 | 5,446.89 | 1,034.34 |

Total Paid Claimant:     $6,481.23
Trustee Allowance:       $436.31
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008          By  /s/Heather M. Fagan